UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| RONA ANN PUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:09-CV-112 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Chief Judge Curtis L. Collier |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

Plaintiff Rona Ann Pugh brought this action pursuant to the Social Security Act, 42 U.S.C. §§ 405(g) and 1383(c)(3), to obtain judicial review of a decision by Defendant, the Commissioner of Social Security ("Defendant"). Plaintiff and Defendant filed cross motions for summary judgment (Court File Nos. 8, 12). Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), United States Magistrate Judge Susan K. Lee filed a report & recommendation ("R&R") (Court File No. 14), recommending the Court rule in favor of Defendant and dismiss this case with prejudice. Neither party filed a timely objection.

Having reviewed the R&R, the parties' briefs, the applicable law, and the record, the Court **ACCEPTS & ADOPTS** the R&R (Court File No. 14), and **ORDERS** the following:

(1) Plaintiff's motion for summary judgment (Court File No. 8) is **DENIED**;

(2) Defendant's motion for summary judgment (Court File No. 12) is **GRANTED**;

(3) the decision of the Commissioner of Social Security is **AFFIRMED**; and

(4) this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**ENTER:**

<span style="margin-left:45%">/s/</span>

**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**